## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY BLASINGAME, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MALIBU BOATS, LLC, a Delaware Limited Liability Company and MALIBU BOATS, INC., a Delaware Corporation,<br><br>　　　　Defendants. | Civil Action No.  1:24-cv-00648-RGA |

### Motion and Order for Admission *Pro Hac Vice*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Calvin Marshall to represent Plaintiffs in this matter.

Dated: June 11, 2024

Russell D. Paul (DE Bar No. 4647)
**BERGER MONTAGUE PC**
800 N. West Street, Suite 200
Wilmington, DE 19801
Tel:  (302) 691-9545
Email: rpaul@bm.net
*Counsel for Plaintiffs and the Class*

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Calvin Marshall is granted.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY BLASINGAME, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MALIBU BOATS, LLC, a Delaware Limited Liability Company and MALIBU BOATS, INC., a Delaware Corporation,<br><br>　　　　Defendants. | Civil Action No. 1:24-cv-00648-RGA |

## Certification by Counsel to Be Admitted *Pro Hac Vice*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 ☐ has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: June 11, 2024

　　　　　　　　　　　　　　　/s/*Calvin Marshall*
　　　　　　　　　　　　　　　Calvin Marshall
　　　　　　　　　　　　　　　THE OZZELLO PRACTICE PC
　　　　　　　　　　　　　　　400 Continental Blvd., 6th Floor
　　　　　　　　　　　　　　　El Segundo, CA 90245
　　　　　　　　　　　　　　　Tel:  (844) 774-2020
　　　　　　　　　　　　　　　Fax:  (844) 774-2020
　　　　　　　　　　　　　　　cmarshall@ozzellolaw.com