# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY BLASINGAME, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>MALIBU BOATS, LLC, a Delaware Limited Liability Company and MALIBU BOATS, INC., a Delaware Corporation,<br><br>    Defendants. | C.A. No. 24-648-RGA |

## STIPULATION AND [PROPOSED] ORDER
## EXTENDING TIME FOR RESPONSE TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that Defendants Malibu Boats, LLC and Malibu Boats, Inc. (collectively "Defendants") shall move, answer, or otherwise respond to Plaintiff Terry Blasingame's ("Plaintiff") Complaint on or before August 12, 2024. This stipulation may be modified or amended by agreement among the parties hereto, subject to further Court approval.

The reason for this requested extension is to allow counsel for Defendants additional time to investigate the allegations set forth in Plaintiff's Complaint, consult with their clients, and consider an appropriate response. No party will be prejudiced by this brief extension.

Dated: June 26, 2023

| | |
|---|---|
| **BERGER MONTAGUE PC** | **K&L GATES LLP** |
| */s/ Russell D. Paul* | */s/ Steven L. Caponi* |
| Russell D. Paul (No. 4647) | Steven L. Caponi (No. 3484) |
| 800 N. West Street, Suite 200 | Matthew B. Goeller (No. 6283) |
| Wilmington, DE 19801 | 600 N. King Street, Suite 901 |
| Phone: (302) 691-9545 | Wilmington, DE 19801 |
| rpaul@bm.net | Phone: (302) 416-7000 |
| | steven.caponi@klgates.com |
| *Attorneys for Plaintiff* | matthew.goeller@klgates.com |
| | *Attorneys for Defendants* |

SO ORDERED.

This \_\_\_\_ day of _____, 2024.

_____
United States District Court Judge