## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TERRY BLASINGAME, an individual, on her own behalf and on behalf of all others similarly situated,

       Plaintiff,

          v.

MALIBU BOATS, LLC, a Delaware Limited Liability Company and MALIBU BOATS, INC., a Delaware Corporation,

       Defendants.

C.A. No. 24-648-RGA

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of  Paul W. Sweeney, Jr., Kevin S. Asfour and Kelsi E. (Robinson) Quarles of K&L Gates LLP, 10100 Santa Monica Blvd., Suite 800, Los Angeles, CA 90067 to represent Defendants Malibu Boats, LLC and Malibu Boats, Inc. in this matter.

Dated:  July 3, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7080
steven.caponi@klgates.com
matthew.goeller@kglates.com

*Attorneys for Defendants*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Paul W.

Sweeney, Jr.,  Kevin S. Asfour and Kelsi E. (Robinson) Quarles on behalf of Defendants is granted.


Dated: _____                       _____

                                            United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 3, 2024

*/s/ Paul W. Sweeney, Jr.*
Paul W. Sweeney, Jr.
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA  90067
Phone: (310) 552-5055
paul.sweeney@klgates.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 3, 2024

*/s/ Kevin S. Asfour*
Kevin S. Asfour
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA  90067
Phone: (310) 552-5016
kevin.asfour@klgates.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 3, 2024

*/s/ Kelsi E. (Robinson) Quarles*
Kelsi E. (Robinson) Quarles
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA  90067
Phone: (310) 552-5060
kelsi.quarles@klgates.com