# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY BLASINGAME, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>MALIBU BOATS, LLC, a Delaware Limited Liability Company and MALIBU BOATS, INC., a Delaware Corporation,<br><br>    Defendants. | No. 1:24-cv-00648-RGA |

---

### PLAINTIFF'S NOTICE OF MOTION AND
### MOTION FOR THE APPOINTMENT OF INTERIM CLASS COUNSEL

---

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that Plaintiff Terry Blasingame ("Plaintiff"), individually and on behalf of all others similarly situated, hereby moves for the Court to appoint Shanon J. Carson and Russell D. Paul of Berger Montague PC and Mark Ozzello of The Ozzello Practice PC as Interim Lead Class Counsel for the putative Classes in Plaintiff's Complaint.

In support of this motion, Plaintiff relies upon and incorporates by reference the arguments, authorities, and facts set forth in the accompanying Memorandum of Law, and the accompanying Declarations of Shanon J. Carson and Russell D. Paul.

Plaintiff has met and conferred with Defendants Malibu Boats, LLC and Malibu Boats, Inc. ("Defendants"), and counsel for Defendants have advised that they do not oppose this motion. The parties have already agreed to participate in alternative dispute resolution, including pre-mediation discovery and mediation, and granting this motion will further judicial economy and efficiency.

Dated: August 9, 2024	Respectfully submitted,

By: /s/ *Russell D. Paul*
Russell D. Paul (Bar No. 4647)
**BERGER MONTAGUE PC**
800 N. West Street, Suite 200
Wilmington, DE 19801
Tel.:  (302) 691-9545
Email: rpaul@bm.net

Shanon J. Carson (*pro hac vice*)
Abigail J. Gertner (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.:  (215) 875-3000
Fax:  (215) 875-4604
Email: scarson@bm.net
           agertner@bm.net

Mark Ozzello (*pro hac vice*)
Calvin Marshall (*pro hac vice*)
**THE OZZELLO PRACTICE PC**
400 Continental Blvd., 6th Floor
El Segundo, California 90245
Tel.:  (844) 774-2020
Fax:  (844) 774-2020
Email: cmarshall@ozzellolaw.com
           mark@ozzellolaw.com

*Attorneys for Plaintiff and the Proposed Classes*