

RUSSELL D. PAUL / *SHAREHOLDER*
d 215.875.4601  m 610.662.7222   rpaul@bm.net

March 3, 2025

<u>VIA ECF</u>

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801

Re:   *Blasingame et al. v. Malibu Boats, LLC, et al.*, No. 1:24-cv-00648-RGA (D. Del.)
      Status Letter

Dear Judge Andrews:

Plaintiff and Defendants (the "Parties") submit this joint letter to inform the Court that despite their good faith efforts, their mediation has not resulted in a settlement to date. Therefore, the Parties request that the Court enter the agreed Proposed Scheduling Order filed contemporaneously herewith setting deadlines for Plaintiff to file an Amended Complaint within two weeks, by March 17, 2025, and Defendants to respond thereto by April 7, 2025.

To assist the Court, a chronology of case events to date is set forth below. Plaintiff filed his initial complaint on May 31, 2024. On August 8, 2024, the Parties moved the Court for a stay in this matter in order to allow the Parties to engage in settlement discussions through mediation before an experienced mediator, U.S. District Court Judge Wayne Andersen (Ret.), who served as a District Judge for the Northern District of Illinois. [ECF No. 13] On August 9, 2024, the Court entered a stay of this matter. [ECF No. 14] The Parties attended mediation with Judge Andersen (Ret.) on October 10, 2024, and subsequently continued negotiations through Judge Andersen with the permission of the Court.

If there is additional information that the Court would like the Parties to provide, we are happy to do so.

Respectfully submitted,

| | |
|---|---|
| **K&L GATES LLP** | **BERGER MONTAGUE PC** |
| */s/ Steven L. Caponi* | */s/ Russell D. Paul* |
| Steven L. Caponi (No. 3484) | Russell D. Paul (No. 4647) |
| Matthew B. Goeller (No. 6283) | 800 N. West Street, Suite 200 |
| 600 N. King Street, Suite 901 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Phone: (302) 691-9545 |
| Phone: (302) 416-7000 | rpaul@bm.net |

800 N WEST STREET, SUITE 200
WILMINGTON, DE 19801
302.691.9545 | BERGERMONTAGUE.COM

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | BERGERMONTAGUE.COM

March 3, 2025
Page 2 of 2

steven.caponi@klgates.com
matthew.goeller@klgates.com

Paul W. Sweeney
Kevin S. Asfour
**K&L Gates LLP**
10100 Santa Monica Blvd., Suite 800
Los Angeles, CA  90067
Paul.sweeney@klgates.com
Kevin.Asfour@klgates.com

*Attorneys for Defendants*

Shanon J. Carson (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
scarson@bm.net

Mark Ozzello (*pro hac vice*)
Calvin Marshall (*pro hac vice*)
**THE OZZELLO PRACTICE PC**
400 Continental Blvd., 6th Floor
El Segundo, CA 90245
Tel: (844) 774-2020
Fax: (844) 774-2020
mark@ozzellolaw.com
cmarshall@ozzellolaw.com

*Attorneys for Plaintiff and the Interim Class*