IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY BLASINGAME, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MALIBU BOATS, LLC, a Delaware Limited Liability Company and MALIBU BOATS, INC., a Delaware Corporation,<br><br>Defendants. | No. 1:24-cv-00648-RGA |

## SCHEDULING ORDER

WHEREAS, the Court permitted the Parties to engage in mediation after the filing of Plaintiff's Complaint, but mediation was unsuccessful at this time;

WHEREAS, the Parties have requested that the following deadlines be set by the Court;

NOW THEREFORE, the Court orders the schedule as set forth below:

| Event | Date |
|---|---|
| Plaintiff to file an Amended Complaint | March 17, 2025 |
| Defendants to respond to the Amended Complaint | April 7, 2025 |

SO ORDERED.

Dated: ___March 4___, 2025

                                                /s/ Richard G. Andrews
                                        HON. RICHARD G. ANDREWS
                                        UNITED STATES DISTRICT