# EXHIBIT A

# MODEL SPECIFICATIONS

|  | **Sportster Series** | **Response Series** | **Response LXi** | **Wakesetter** | **Sunsetter/ Wakesetter** |
|---|---|---|---|---|---|
| Length | 20' | 20' | 20' 6" | 21' | 21' |
| Beam | 86" | 90" | 93" | 93" | 93" |
| Draft | 14" | 16" | 16" | 18" | 18" |
| Weight | 2100 lbs | 2450 lbs | 2800 lbs | 2800 lbs | 2800 lbs |
| Fuel Cap. | 38 Gal. | 35 Gal. | 41 Gal. | 41 Gal. | 37 Gal. |
| Seating Cap. | 6/8 | 6/8 | 8 | 10 | 10 |
| Std. Engine | 310 Vortec | 310 Vortec | Vortec | 310 Vortec | 310 Vortec |
| Std. Gelcoat | 3 | 4 | 3 | 3 | 3 |
| Ballast Weight | N/A | N/A | N/A |  |  |
| Std. Prop. | 3 Blade ACME | 3 Blade ACME | 3 Blade ACME | 3 Blade ACME | 3 Blade ACME |
|  | **Sunsetter LXi** | **Sunscape/ Wakesetter 21 LSV** | **Sunscape/ Wakesetter 23 LSV** | **Sunsetter/ Wakesetter XTi** | **Sunscape 25** |
| Length | 21'8" | 21' | 22'6" | 22'6"" | 25' |
| Beam | 93" | 93" | 96" | 96" | 102" |
| Draft | 18" | 18" | 24" | 24" | 26" |
| Weight | 2900 lbs | 2900 lbs | 3400 lbs | 3300 lbs | 4500 lbs |
| Fuel Cap. | 35 Gal. | 35 Gal. | 55 Gal. | 43 Gal. | 80 Gal. |
| Seating Cap. | 10 | 11 | 12 | 12 | 14 |
| Std. Engine | 310 Vortec | 340 | 340 | 340 | 8.1Liter / 425 HP |
| Std. Gelcoat | 4 | 4/3 | 4/3 | 4/3 | 3 |
| Ballast Weight |  |  |  |  |  |
| Std. Prop. | 3 Blade ACME | 4 Blade ACME | 4 Blade ACME | 3 Blade ACME | 4 Blade ACME |

