EXHIBIT D

EXHIBIT D

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY BLASINGAME, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MALIBU BOATS, LLC, a Delaware Limited Liability Company and MALIBU BOATS, INC., a Delaware Corporation,<br><br>Defendants. | Case No.<br><br>**AFFIDAVIT OF TERRY BLASINGAME REGARDING VENUE** |

I, Terry Blasingame, declare as follows:

1. I am a Plaintiff in this action, and am a citizen of the State of California.

2. I am personally familiar with the matters stated herein, and if called upon to testify, I could and would testify accordingly.

3. The Complaint in this action, filed concurrently with this Declaration, is filed in the proper place for trial under California Civil Code section 1780, subdivision (d) for the following reason: Defendants MALIBU

BOATS, LLC and MALIBU BOATS, INC. ("DEFENDANTS") are incorporated in the State of Delaware.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 31, 2024, at Riverside County, California.

                                                    Respectfully submitted,

                                             *Terry Blasingame*
                                             Terry Blasingame (May 31, 2024 12:38 PDT)

                                             Terry Blasingame

# Blasingame v Malibu Boats - Affidavit Re Venue(20090055

Final Audit Report                                                                 2024-05-31

| | |
|---|---|
| Created: | 2024-05-31 |
| By: | The Ozzello Practice PC (cmarshall@ozzellolaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAkrRm9TmEnIvSKGIMFzRMw-wlKuDekWET |

## "Blasingame v Malibu Boats - Affidavit Re Venue(20090055" History

- Document created by The Ozzello Practice PC (cmarshall@ozzellolaw.com)
  2024-05-31 - 7:35:15 PM GMT

- Document emailed to Terry Blasingame (pharmacyofthewoods@gmail.com) for signature
  2024-05-31 - 7:35:41 PM GMT

- Email viewed by Terry Blasingame (pharmacyofthewoods@gmail.com)
  2024-05-31 - 7:37:09 PM GMT

- Document e-signed by Terry Blasingame (pharmacyofthewoods@gmail.com)
  Signature Date: 2024-05-31 - 7:38:25 PM GMT - Time Source: server

- Agreement completed.
  2024-05-31 - 7:38:25 PM GMT

Adobe Acrobat Sign