# EXHIBIT E

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY BLASINGAME, MICHAEL FERRANDO, WAYNE PEC, JOHN PRINDLE, DOUGLAS SNOW, MIKE LUCERO, TIMOTHY PARK, COLBY MARTINO, NICK MOHLER, DANIEL ORR, and PATRICK CHAFFIN, individually, and on behalf of all others similarly situated, ,<br><br>        Plaintiffs,<br><br>vs.<br><br>MALIBU BOATS, LLC, a Delaware Limited Liability Company and MALIBU BOATS, INC., a Delaware Corporation,<br><br>        Defendants. | Case No. 1:24-cv-00648-RGA<br><br>**AFFIDAVIT OF MICHAEL FERRANDO REGARDING VENUE** |

I, Michael Ferrando, declare as follows:

    1.    I am a Plaintiff in this action, and am a citizen of the State of California.

    2.    I am personally familiar with the matters stated herein, and if called upon to testify, I could and would testify accordingly.

    3.    The Complaint in this action, filed concurrently with this Declaration, is filed in the proper place for trial under California Civil Code

section 1780, subdivision (d) for the following reason: Defendants MALIBU BOATS, LLC and MALIBU BOATS, INC. ("DEFENDANTS") are incorporated in the State of Delaware.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 12, 2025, at Colusa County, California.

Respectfully submitted,

Michael Ferrando