IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRY BLASINGAME, MICHAEL FERRANDO, KATHRYN AND BRIAN HART, JOHN PRINDLE, DOUGLAS SNOW, MIKE LUCERO, COLBY MARTINO, NICK MOHLER, DANIEL ORR, and PATRICK CHAFFIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MALIBU BOATS, LLC, a Delaware Limited Liability Company and MALIBU BOATS, INC., a Delaware Corporation,<br><br>Defendants. | C.A. No. 24-648-RGA<br><br><br><br><br><br><br><br>DEMAND FOR A JURY TRIAL |

**STIPULATION AND [PROPOSED] ORDER**
**GOVERNING DEFENDANTS' MOTION TO DISMISS**

WHEREAS, on March 3, 2025, the parties stipulated that Plaintiff Terry Blasingame would file an amended complaint on March 17, 2025, and that Defendants Malibu Boats, LLC and Malibu Boats, Inc. would respond to the amended complaint on April 7, 2025. D.I. 28. The Court granted the stipulation. D.I. 29.

WHEREAS, on March 17, 2025, Plaintiff filed the First Amended Class Action Complaint. D.I. 30. The Amended Complaint is filed on behalf of Blasingame and ten additional plaintiffs (collectively, "Plaintiffs") and asserts twenty-eight causes of action.

WHEREAS, Defendants intend to file a motion to dismiss.

WHEREAS, the parties have agreed, subject to the approval of the Court, (1) to extend the deadline for Defendants to file a motion to dismiss, (2) to establish a briefing schedule for the motion to dismiss, and (3) to increase the word limit for the briefs.

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to the Court's approval, as follows:

1. Defendants shall file their motion to dismiss on or before April 17, 2025.

2. The word limit for Defendants' opening brief in support of their motion to dismiss shall be 7,000 words.

3. Plaintiffs shall file their answering brief on or before May 16, 2025.

4. The word limit for Plaintiffs' answering brief shall be 7,000 words.

5. Defendants shall file their reply brief on or before May 30, 2025.

6. The word limit for Defendants' reply brief shall be 3,500 words.

Dated: April 4, 2025

| | |
|---|---|
| **BERGER MONTAGUE PC** | **K&L GATES LLP** |
| /s/ Russell D. Paul | /s/ Matthew B. Goeller |
| Russell D. Paul (No. 4647) | Steven L. Caponi (No. 3484) |
| 800 N. West Street, Suite 200 | Matthew B. Goeller (No. 6283) |
| Wilmington, DE 19801 | 600 N. King Street, Suite 901 |
| Phone: (302) 691-9545 | Wilmington, DE 19801 |
| rpaul@bm.net | Phone: (302) 416-7000 |
| | steven.caponi@klgates.com |
| *Attorneys for Plaintiffs* | matthew.goeller@klgates.com |
| | *Attorneys for Defendants* |

SO ORDERED.

This  4th  day of   April   , 2025.

/s/ Richard G. Andrews
United States District Court Judge