# Exhibit A



Malibu Boats, LLC                5075 Kimberly Way, Loudon, TN 37774                865-458-5478

SAFETY ALERT UPDATE: Bow Seating Hazard

Dear Customer,

A tragic incident occurred on a 2000 model year Malibu Response LX boat. In response, out of an abundance of caution, Malibu established a preliminary policy prohibiting passengers in the bow area of similar boats while in motion.

After further consideration, Malibu has determined that passengers can safely sit in the bow area if boat operators follow the enclosed safety information.

**What You Should Do**

1. Review and follow the enclosed safety information "Avoiding Bow Swamping" about the dangers of bow swamping and how to avoid it. Provide this information to any other operators of the boat. Communicate to all passengers of the boat the importance of proper distribution of weight on the boat, including impact of passengers' seating arrangements.

2. Apply the enclosed warning label in the bow of your boat. See "Warning Label Installation". If you do not want to apply the warning label yourself, please contact your authorized dealership who can apply the warning label for you at no cost.

3. Be aware that aftermarket modifications may increase the risk of bow swamping, for example, any modifications that may limit the drainage of water.

Please direct any questions to malibusafeboating@malibuboats.com. Thank you for your attention to this important matter.

Sincerely,

Malibu Boats

## AVOIDING BOW SWAMPING

**What is bow swamping?**
Bow swamping is when water comes over the front of the boat. Bow swamping has also been described as "submergence," "flooding," or "bow dive." This is dangerous, potentially resulting in loss of control, capsizing, sinking, or passengers being washed out of the boat and drowning or being hit by a propeller.

**Bow swamping can be avoided through safe boat operation.**
Improper operation is often a primary factor in bow swamping incidents. Take the following safety precautions to reduce the risk of a bow swamping incident:

> ***Properly load and distribute weight on the boat.***
> Balance weight in the bow (front) and stern (back). Too much weight in the bow compared to the stern, including passenger placement, can cause the boat to ride with the bow low in the water.
>
> ***Operate in appropriate water and weather conditions.***
> Most Malibu boats are designed to be used on inland or sheltered coastal waters such as canals, rivers, and small lakes with wave heights of less than one foot. Pay attention to the weather and the size of waves and wakes. Make sure when you've loaded the boat that you have sufficient freeboard (the distance from the water to the upper edge of the boat's side) for the water and weather conditions.
>
> ***Operate the boat to keep the bow above the water.***
> Avoid maneuvers that cause the bow to dip down sharply, such as suddenly removing all throttle while on plane.
>
> ***If someone falls overboard, immediately turn off the engine to reduce the risk of hitting and cutting them with a spinning propeller.***

**Review more information on safe boating.**
Review Malibu's guidelines for safe boating in the Safety section of the most recent Malibu Owner's Manual at https://www.malibuboats.com/owner-manuals.

# Warning Label Installation



**Equipment Needed:** Mild soapy water and a clean rag

**Equipment Provided:** Warning label

**Warning Label Installation**

The warning label must be placed in a location that is clearly visible to occupants seated in the bow.



It is strongly recommended to install the label directly on the bow nose leanback cushion, identified below as position 1. Should you be unable or unwilling to install it here, the label may alternatively be applied to the bow nose gel coat surface (position 2), or on either side of the bow, forward of the windshield, on the gel coat surface (position 3 or 4).





Start by cleaning the install location with the soapy water solution and a clean rag and let dry completely. Remove the backing from the warning label and adhere to the prepped area. Start with one side and press the label onto the surface using your thumb or the edge of a stiff card to push outwards, attempting to remove the small bubbles that may have gotten trapped underneath the label.

**WARNING LABEL**



### ⚠ WARNING

**Bow Swamping Hazard:**

Water coming over the front of the boat can wash a passenger out of the bow, resulting in serious injury or death from drowning or being hit by the propeller.

Safe boat operation reduces the risk of bow swamping:

- **Properly load and distribute weight on the boat.**
- **Operate in appropriate water and weather conditions.**
- **Operate the boat to keep the bow above water.** Avoid maneuvers that cause the bow to dip sharply, such as suddenly removing all throttle while on plane. Do not try to splash passengers.

**If someone falls overboard,** immediately turn off engine to reduce the risk of hitting and cutting them with a spinning propeller.

**For more information about avoiding bow swamping hazards,** scan QR code to visit www.malibuboats.com/safeboating

